SAM FISHER, Appellant, v. IRVING WHITE and SAM WHITE, Respondents.—

Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.